LUIS A. CARRILLO, Esq. SBN 70398
MICHAEL S. CARRILLO, Esq. SBN 258878
LAURA M. JIMENEZ, Esq. SBN 237273
**CARRILLO LAW FIRM, LLP**
1499 Huntington Drive, Suite 402
South Pasadena, CA 91030
Tel: (626) 799-9375/ Fax: (626) 799-9380

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KIMBERLY LAMB and LELAND RICHARD BARNETT,**<br><br>Plaintiffs,<br><br>v.<br><br>**COUNTY OF LOS ANGELES AND DOES 1 THROUGH 20, INCLUSIVE,**<br><br>Defendants. | Case No.:   2:23-cv-03479-JLS-MAA<br>Hon. Josephine L. Staton<br><br>**JOINT NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST TO VACATE DATES** |

**TO THE HONORABLE COURT:**

Plaintiffs KIMBERLY LAMB and LELAND RICHARD BARNETT, ("Plaintiffs") and Defendant COUNTY OF LOS ANGELES ("Defendant"), hereby inform the Court of their conditional settlement of this entire matter, and respectfully request that the Court vacate all dates in this matter, as follows:

1. On May 28, 2024, the Plaintiffs and Defendants attended mediation with Richard T. Copeland.

2. On May 30, 2024, all parties agreed and stipulated to settle this matter and discharge all of the Plaintiffs' claims against all Defendants in this case. The conditional settlement is subject to approval by the Los Angeles County Claims Board and Board of Supervisors

3. The parties anticipate that, after preparation of the necessary paperwork, the Los Angeles County Board of Supervisors will consider the settlement and that the approval process will take approximately upwards of 12 months. Once Plaintiffs receive the settlement proceeds, the parties will file a stipulated dismissal of all of Plaintiffs' claims against all Defendants;

4. Currently, the Final Pretrial Conference is set November 22, 2024;

5. Accordingly, based on the above and for good cause, the parties respectfully request that the Court vacate all of the existing dates; and

6. The parties further request that the Court schedule a Status Conference re: Settlement in February 2025. Assuming the Los Angeles County Board of Supervisors approves the settlement, the parties anticipate that they can complete all of the terms of the settlement and file a Stipulation for Dismissal, with prejudice, prior to the date so that the Status Conference would be taken off calendar.

Respectfully submitted,

**DATED: June 6, 2024**         **CARRILLO LAW FIRM**

By:  __/s/ Laura M. Jimenez__
Laura M. Jimenez, Esq.
Attorneys for Plaintiffs

**DATED: June 6, 2024**     COLLINSON, DAEHNKE, INLOW & GRECO

By: */s/Lenore C. Kelly*
     Lenore C. Kelly, Esq.
     Attorney for Defendants
     COUNTY OF LOS ANGELES