# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KIMBERLY LAMB AND LELAND RICHARD BARNETT,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES AND DOES 1 THROUGH 20, INCLUSIVE,<br><br>Defendants. | CASE NO.: 2:23-cv-03479-JLS-MAA<br><br>**ORDER REGARDING STIPULATION FOR DISMISSAL**<br><br>*Assigned to:*<br>*Hon. Josephine L. Staton* |

1  The parties having so stipulated and good cause appearing, it is hereby ordered,
2  that Plaintiffs Complaint be dismissed with prejudice. Each party will bear their own
3  costs and fees.
4
5  DATED:  November 4, 2025
6  *Josephine L. Staton*
7  _____
   HON. JOSEPHINE L. STATON
8  United States District Judge